UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

**OHIO SECURITY INSURANCE COMPANY** and **THE OHIO CASUALTY INSURANCE COMPANY**,

Plaintiffs,

– against –

**ADA ISLAND CONSTRUCTION CORP. D/B/A ADA ISLAND CONSTRUCTION GROUP, ISLAND CONSTRUCTION CORP. D/B/A ADA ISLAND CONSTRUCTION GROUP, WILSON MOROCHO D/B/A ADA ISLAND CONSTRUCTION GROUP, SZO CONSTRUCTION GROUP INC., INTERNATIONAL CONCRETE CORP, ESTY GOLDMAN, JOEL HIRSCHFELD**, and **HIRSCHFELD & ASSOCIATES CORP.**

Defendants.

– and –

**UNITED SPECIALTY INSURANCE COMPANY** and **STATE NATIONAL INSURANCE COMPANY**,

Defendant-Intervenors.

------------------------------------------------------------ X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

24-CV-3422 (AMD) (PCG)

**ANN M. DONNELLY**, United States District Judge:

On May 9, 2024, the plaintiffs brought this action against the defendants, alleging fraud and seeking damages and declaratory relief relating to coverage and indemnification obligations under an insurance policy. (*See* ECF No. 1.) On November 8, 2024, the plaintiffs filed their first motion for default judgment (ECF No. 19), which the Court respectfully referred to Magistrate Judge Cheryl L. Pollak. On December 14, 2024, defendant-intervenors United Specialty Insurance Company and State National Insurance Company moved to intervene in the action.

(*See* ECF No. 20.) In a Report and Recommendation dated August 18, 2025, Judge Pollak recommended denying the plaintiffs' first motion for default judgment without prejudice while the Court decided the motion to intervene. (ECF No. 26.) On August 19, 2025, the Court granted the motion to intervene. (ECF No. 27.)

The plaintiffs then moved to sever the first and second claims for relief in their complaint from their third claim, and moved for default judgment on the first and second claims, on October 8, 2025. (ECF No. 34.) The defendant-intervenors opposed the plaintiffs' motion on November 5, 2025. (ECF No. 36.) On February 19, 2026, defendants SZO Construction Group Inc. ("SZO") and International Concrete Corp ("ICC") opposed the motion for default judgment. (ECF No. 40.) On the same day, the plaintiffs moved to strike the defendants' opposition as untimely. (ECF No. 41.) The Court respectfully referred the plaintiffs' motion to sever, motion for default judgment, and motion to strike to Magistrate Judge Peggy Cross-Goldenberg.

On August 27, 2026, Judge Cross-Goldenberg issued a Report and Recommendation in which she recommended denying the plaintiffs' motion to strike; denying the plaintiffs' motion to sever; construing SZO and ICC's opposition to the motion for default judgment as a motion to vacate default; vacating entry of default against SZO and ICC; and denying the motion for default judgment against other defendants as premature. (ECF No. 50 at 23.) No objections have been filed to the Report and Recommendation, and the time for doing so has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014) (citation omitted).

The Court has carefully reviewed Judge Cross-Goldenberg's thorough and well-reasoned report and recommendation for clear error and finds none. Accordingly, the Court adopts the report and recommendation in its entirety. The plaintiffs' motions to sever and motion for default judgment (ECF No. 34) and motion to strike (ECF No. 41) are denied.

**SO ORDERED.**

s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
September 18, 2026